**JT Law Firm PA**
**Attorneys at Law**

*Serving New York, Florida, Texas, and New Jersey*
*Est. 2019*

7700 Congress Ave
Suite 3117
Boca Raton, FL 33487
T: (855) 585-2997

October 9, 2025

**VIA CM/ECF**

The Honorable U.S. District Judge Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *5 Rivers CRE, LLC v. Mt. Hawley Insurance Company*
             Case No.: 1:25-cv-05639-JMF
             Joint Letter Motion to Stay Proceedings

Dear Judge Furman:

      Plaintiff, 5 Rivers CRE, LLC ("Plaintiff") and Defendant., Mt. Hawley Insurance Company ("Defendant"), by and through their undersigned counsel and pursuant to this Honorable Court's Individual Practices, respectfully jointly move to stay this litigation and in support thereof state as follows:

### BACKGROUND

      This case arises out of a first party insurance claim for property damages allegedly resulting from Hurricane Beryl to Plaintiff's commercial property in Texas, located at 550-554 Club Drive, Montgomery Texas 77316 (the "Property").

      According to Plaintiff's Amended Complaint, filed on July 16, 2025 [D.E. 9], the Property experienced a named storm event reportedly occurring on or about July 8, 2024. In its Amended Complaint, Plaintiff alleges, among other things, that Defendant issued a policy of commercial property insurance to Plaintiff (the "Policy") that provided coverage for damages to the Plaintiff's Property. Following an investigation by Defendant and its representatives, Plaintiff alleges that Defendant improperly adjusted Plaintiff's claim.

### BASIS FOR LETTER MOTION

      The parties have met and conferred, and have agreed that additional adjustment of the subject claim is necessary with the anticipation of resolving this instant matter without the need for additional litigation. Litigation is in its initial stages, Defendant's deadline to answer or otherwise respond to the Amended Complaint is October 10, 2025, and neither party has initiated discovery.

"'[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *CATSKILL MOUNTAINS CHAPTER OF TROUT v. USEPA*, 630 F. Supp. 2d 295 (S.D.N.Y. 2009) citing *Landis v. N. Am. Co.,* 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936).

"'[T]he decision whether to issue a stay is [therefore] 'firmly within a district court's discretion.'" *Id*. citing *LaSala v. Needham & Co., Inc.,* 399 F.Supp.2d 421, 427 (S.D.N.Y. 2005) (quoting *Am. Shipping Line v. Massan Shipping,* 885 F.Supp. 499, 502 (S.D.N.Y. 1995)). The court in *Universal Gypsum of Ga., Inc. v. American Cyanamid Co.*, 390 F. Supp. 824 (S.D.N.Y. 1975) stated, **"**In his recent, well-reasoned decision in *Nigro v. Blumberg*, 373 F.Supp. 1206, 1212-13 (E.D. Pa. 1974), Judge Fogel listed seven factors pertaining to the determination of an application for a stay in a case such as this.

> [W]e believe . . . that the following factors are pertinent to a district court's decision to exercise its discretion in favor of staying proceedings before it: (1) considerations of comity; (2) promotion of judicial efficiency; (3) adequacy and extent of relief available in the alternative forum; (4) identity of parties and issues in both actions; (5) likelihood of prompt disposition in the alternative forum; (6) convenience of parties, counsel and witnesses; and (7) possibility of prejudice to a party as a result of the stay."

Accordingly, the parties respectfully request this Honorable Court grant this Joint Letter Motion to stay the proceedings in order to allow the parties to further adjust the subject claim, extend the deadline for Defendant to answer or otherwise respond to the Amended Complaint, and postpone the October 16, 2025 Initial Pretrial Conference, and for any other such relief this Honorable Court deems just and proper.

Thank you for your attention to this matter.

Respectfully submitted,

| | |
|---|---|
| By: */s/ John A. Tolley* | By: */s/  Eric R. Leibowitz* |
| John A. Tolley, Esq. | Eric Leibowitz, Esq. |
| | |
| JT Law Firm, P.A. | Fleischner Potash, LLP |
| 7700 Congress Avenue, Suite 3117 | 45 Broadway. 23rd Floor |
| Boca Raton, Florida 33487 | New York, New York 10006 |
| Telephone: (855) 585-2997 | Telephone: (646) 520-4200 |
| Email: john@jtlawfirm.net | Email : eleibowitz@fp.law |
| monica@jtlawfirm.net | korr@fp.law |
| carolyn@jtlawfirm.net | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Mt. Hawley Insurance Company* |
| *5 Rivers CRE, LLC* | |

Application GRANTED. The initial pretrial conference scheduled for October 16, 2025 is hereby ADJOURNED *sine die*. The parties shall file a joint letter on the status of the adjustment and litigation no later than November 10, 2025. Defendants shall file responsive papers within three weeks of the lifting of the stay. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

[signature]

October 10, 2025